| | |
|---|---|
| Christopher A. Carr (#44444)<br>  ccarr@afrct.com<br>ANGLIN, FLEWELLING, RASMUSSEN,<br>  CAMPBELL & TRYTTEN LLP<br>199 S. Los Robles Avenue, Suite 600<br>Pasadena, California  91101-2459<br>Tel: (626) 535-1900, Fax: (626) 577-7764<br><br>Attorneys for Defendants<br>WELLS FARGO BANK, N.A. and<br>WACHOVIA MORTGAGE CORPORATION | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS F. RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>Defendants. | CV 10-01774-BEN-WVG<br><br>STIPULATION FOR DISMISSAL<br><br>Rule 41(a)(1)(A)(ii), FRCP |

Plaintiff LUIS F. RODRIGUEZ on the one hand and defendants WELLS FARGO BANK, N.A. and WACHOVIA MORTGAGE CORPORATION, erroneously sued herein as Wachovia Management Corporation, on the other hand stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this entire action may and should be dismissed forthwith, with prejudice.

Dated:  October 6, 2010                    HASKINS & ASSOCIATES


                                           By:    /s/ Jesse T. Farris
                                                  Jesse T. Farris
                                                  jesse@haskinslaw.com
                                           Attorneys for Plaintiff
                                           LUIS F. RODRIGUEZ

| | | |
|---|---|---|
| 1 | Dated: October 6, 2010 | ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP |
| 2 | | |
| 3 | | By: /s/ Christopher A. Carr |
| 4 | | Christopher A. Carr<br>ccarr@afrct.com |
| 5 | | Attorneys for Defendants WELLS FARGO BANK, N.A. and WACHOVIA MORTGAGE CORPORATION |

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document:
**STIPULATION FOR DISMISSAL**

Served Electronically via Court's CM/ECF System:
(Names of Parties Here)

*Attorneys for Plaintiff*

Steven W. Haskins, Esq
Haskins & Associates
4045 Bonita Road, Suite 206
Bonita, California 91902-1336
steveh@haskinslaw.com
*Tel:619.479.4351     Fax: 619.479.0337*

☐ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on October 6, 2010.

Nancy J. Peters                                       /s/ Nancy J. Peters
(Type or Print Name)                             (Signature)